UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

M&T BANK CORPORATION
d/b/a M&T BANK,

                Plaintiff,

-against-                                1:14-CV-1569 (GLS/CFH)

STEPHEN J. HOPF and
MAINETTI, MAINETTI & O'CONNOR,

                Defendants.

Case No: 00-99999
Rule 7.1 Statement

Pursuant to Federal Rule 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for M&T Bank Corporation, d/b/a M&T Bank (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

Wilmington Trust.

Date: December 16, 2014

Signature of Attorney
Attorney Bar Roll Code 104076